# MEMORANDUM DECISIONS.

ALASKA MEXICAN GOLD MIN. CO. v. BURNS. (Circuit Court of Appeals, Ninth Circuit. October 16, 1903.) No. 954. Appeal from the District Court of the United States for the First Division of the District of Alaska. Malony & Cobb, for appellant. W. E. Crews and L. S. B. Sawyer, for appellee. Appeal dismissed, for failure to print record, under rule 23.

ANGLO–CALIFORNIAN BANK, Limited, v. EUDEY et al. (Circuit Court of Appeals, Ninth Circuit.) No. 910. In Error to the Circuit Court of the United States for the Northern District of California. Jesse W. Lilienthal, for plaintiff in error. George W. Towle, Jr., for defendant in error. For former opinion, see 123 Fed. 39. Petition for a rehearing denied October 12, 1903. Motion to modify judgment argued and submitted October 19, 1903. Judgment modified October 20, 1903, as follows: "The judgment is reversed, and the cause remanded to the court below for further proceedings not inconsistent with the foregoing opinion, with costs to the plaintiff in error."

A. P. OLZENDAM HOSIERY CO. v. LUCE et al. (Circuit Court of Appeals, First Circuit. October 23, 1903.) No. 493. George R. Nutter (J. Butler Studley and Brandies, Dunbar & Nutter, on the brief), for plaintiff in error. Charles E. Shattuck, for defendants in error. Before COLT and PUTNAM, Circuit Judges, and BROWN, District Judge.

PER CURIAM. The judgment of the Circuit Court is amended, so that it will show a dismissal for want of allegations of the citizenship of the defendants in that court, without costs, and, as thus amended, the judgment is affirmed. Neither party recovers costs in this court.

BEARDSLEY v. CITY OF LAMPASAS. (Circuit Court of Appeals, Fifth Circuit. November 23, 1903.) No. 1,260. In Error to the Circuit Court of the United States for the Western District of Texas. Ben B. Cain and J. C. Chamberlain, for plaintiff in error. Robt. G. West, Thos. B. Cochran, and Walter Acker, for defendant in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. The judgment of the Circuit Court is affirmed.